**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Carol Hutchinson, | : |
| Plaintiff, | : Civil Action No.: 3:16-cv-00056 |
| v. | : COMPLAINT |
| The Pisa Group, Inc., | : |
| Defendant. | : January 13, 2016 |

For this Complaint, Plaintiff, Carol Hutchinson, by undersigned counsel, states as follows:

## JURISDICTION

1.      This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA").

2.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3.      Plaintiff, Carol Hutchinson ("Plaintiff"), is an adult individual residing in Bridgeport, Connecticut, and is a "person" as defined by 47 U.S.C. § 153(39).

4.      Defendant The Pisa Group, Inc.  ("Pisa Group"), is a business entity located in Saint Charles, Missouri, and is a "person" as defined by 47 U.S.C. § 153(39).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

5.      In or around June 2015, Pisa Group began calling Plaintiff's cellular telephone, number 203-XXX-4652, from telephone number 203-583-8373 using an automatic telephone dialing system ("ATDS") and using an artificial or prerecorded voice.

6.      When Plaintiff answered calls from Pisa Group, she heard a prerecorded message instructing her to wait for the next available representative.

7.      Plaintiff never provided her cellular telephone number to Pisa Group and never provided consent to receive calls from Pisa Group.

8.      On two occasions, Plaintiff called Pisa Group and followed an automated prompt to opt out of receiving calls.

9.      Nevertheless, Pisa Group continued to place automated calls to Plaintiff's cellular telephone number.

### COUNT I
### VIOLATIONS OF THE TCPA –
### 47 U.S.C. § 227, *et seq.*

10.      Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

11.      At all times mentioned herein, Defendant called Plaintiff's cellular telephone number using an ATDS and using a prerecorded or artificial voice.

12.      Despite being directing to cease all calls, Defendant continued to place automated calls to Plaintiff's cellular telephone number.  As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

13.  The telephone number called by Defendant was assigned to a cellular telephone service pursuant to 47 U.S.C. § 227(b)(1).

14.  The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

15.  Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in negligent violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

16.  Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each call made in knowing and/or willful violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant:

1.  Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2.  Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3.  Such other and further relief as may be just and proper.

TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: January 13, 2016

Respectfully submitted,

By __/s/ Sergei Lemberg__
Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:   (203) 653-3424
Attorney for Plaintiff